## D. C. KERR v. JAMES CORNELL.

FILED JUNE 16, 1896.   No. 6657.

Review: CONFLICTING EVIDENCE.  No question but one of fact deter-
    mined upon conflicting evidence being presented by the record, the
    judgment of the district court is affirmed.

ERROR from the district court of Johnson county.
Tried below before BUSH, J.

*S. D. Porter* and *Compton & Porter*, for plaintiff in error.

*L. C. Chapman, contra.*

RYAN, C.

This action was brought by D. C. Kerr for damages al-
leged to have resulted from the tearing down of a fence
across a section line whereby plaintiff's inclosed lands
were thrown open so that cattle destroyed a portion of
his crop.   There was presented only one question and
that was whether the broken fence had been across a
public highway.   On the part of the defendant there
was testimony that the road had been opened by proper
authority and had been in use for more than fifteen years
as a highway by the public before it was obstructed by
the plaintiff.   The evidence as to the opening of the road
was, it is true, quite unsatisfactory and yet there was
such evidence.   On the part of the plaintiff there was ad-
duced evidence tending to show that the alleged high-
way had never in fact been in use as such.   The jury
could properly have found either way upon this question.
Its determination adversely to the plaintiff left no
ground for recovery as prayed.   There is no other ques-
tion presented by the record and the judgment of the
district court is

AFFIRMED.